# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARLO SMITH**                                                                                     **PLAINTIFF**

**V.**                          **NO. 3:20-cv-00317-ERE**

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, the Commissioner's decision is reversed, and this case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 15th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE