# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARLO SMITH**                                                            **PLAINTIFF**

**VS.**                              **3:20-CV-00317- ERE**

**KILOLO KIJAKAZI, Acting**                                         **DEFENDANT**
**Commissioner, Social Security Administration**

## ORDER

Pending before the Court is Plaintiff Marlo Smith's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 20.* The motion is unopposed. *Doc. 21*.

Plaintiff's attorney, David B. Goetz, requests a total award of **$5,581.70**, based on .3 attorney hours incurred in 2020, at $202 an hour, and 26.8 attorney hours incurred in 2021, at $206 an hour.

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

Accordingly, Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *Doc. 20*, is GRANTED.

1

Plaintiff is awarded **$5,581.70**, in fees and expenses under the EAJA.[1]

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.